# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2023
_____

SURAMA ALLENDE PARAJON,
Personal Representative of the
Estate of Ramon Aguiar,

     Appellant,

     v.

AMERICAN AIRLINES and
SEDGWICK CMS,

     Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: January 27, 2011; September 30, 2012;
September 13, 2023.

July 16, 2026

Per Curiam.

     Affirmed.

Roberts, Rowe, and Kelsey, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Toni Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.